**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **LARRY GILBERT,** ) | **Case No. 1:08 CV 1867** |
| ) | |
| Petitioner, ) | **Judge Dan Aaron Polster** |
| ) | |
| vs. ) | **MEMORANDUM OF OPINION** |
| ) | **AND ORDER** |
| **STEWART HUDSON,** ) | |
| ) | |
| Respondent. ) | |

On August 31, 2009, Magistrate Judge James S. Gallas issued a Report and Recommendation of Magistrate Judge ("R&R") (**ECF No. 11**). Therein, Magistrate Judge Gallas recommends that the Court deny the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody ("§ 2254 Habeas Petition") filed by Petitioner Larry Gilbert (**ECF No. 1**).

Under the relevant statute:

> Within <u>ten days</u> after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C) (1988) (emphasis added). It is now October 5, 2009. Five weeks have elapsed since the R&R was issued, and Gilbert has filed neither objections nor a request for an extension of time to file objections.

The failure to timely file written objections to a Magistrate Judge's report and recommendation constitutes waiver of a *de novo* determination by the district court of an issue covered in the report.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *see United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

The Court has reviewed the R&R **(ECF No. 11)** and hereby **ADOPTS** it. Accordingly, the Court **DENIES** the § 2254 Habeas Petition **(ECF No. 1)**.

**IT IS SO ORDERED.**

*/s/ Dan Aaron Polster     October 5, 2009*
**Dan Aaron Polster**
**United States District Judge**